DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER SPOREA,**
Appellant,

v.

**REGIONS BANK, N.A.** d/b/a **REGIONS MORTGAGE,**
Appellee.

No. 4D19-1489

[May 28, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 14-003212 (04).

Peter Sporea, Coral Springs, pro se.

Brian P. Yates and David S. Garbett of Garbett, Allen & Roza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***